■ EMANUEL APPEL, Appellant, v. DAVID COLMAN, Respondent. DAVID COLMAN, Respondent, v. EMANUEL APPEL, Appellant.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated April 30, 1962, requiring him to perfect his appeal for the October 1962 Term. Beldock, P. J., Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.

■ GEZINA BINGHAM, as Executrix of DAVID BINGHAM, Deceased, Respondent-Appellant, v. TOWN OF GREENBURGH, Respondent, BELMONT EXCAVATORS INC., Appellant, CHARLES A. NEWBERG, Appellant-Respondent, Milton Aaronson et al., Respondents-Appellants, and CROSS ROADS FARMS, INC., et al., Respondents.— On the call of the calendar, appeals dismissed. There was no appearance for appellants, and appellants failed to comply with an order of this court, dated June 25, 1962, requiring them to perfect their appeals for the October 1962 Term. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ ERNEST KLEIN, Respondent, v. OSCAR GRUSS & SON, Appellant.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated June 11, 1962, requiring it to perfect its appeal for the October 1962 Term. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ FRANK SEGRO, Appellant, v. CAULDWELL-WINGATE Co., Defendant-Respondent and Third-Party Plaintiff-Appellant. WIELANDT CONSTRUCTION Co., Inc., Third-Party Defendant-Respondent.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated June 11, 1962, requiring him to perfect his appeal for the October 1962 Term. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ In the Matter of the Estate of ANNA PAULSTICH, Deceased. ARTHUR W. LAMBERT, JR., Appellant; VIRGINIA E. REAGAN, as Executrix, Respondent.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated May 7, 1962, requiring him to perfect his appeal for the October 1962 Term. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEOPHILUS WARD, Appellant.— Motion by defendant to direct the Clerk of the County Court, Kings County, to furnish him without charge, with a transcript of the record and the minutes of his trial, which resulted in a judgment rendered June 12, 1939, convicting him of robbery in the first degree and sentencing him. On May 15, 1961, this court affirmed an order denying defendant's *coram nobis* application to vacate such judgment (13 A D 2d 810). Motion denied. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.